# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | NIPRO Pharma Packaging Americas Corp | 11/30/2022 | Wire | $ 114,415.12 |
| Akorn Operating Company, LLC | NIPRO Pharma Packaging Americas Corp | 1/27/2023 | Wire | $ 63,619.30 |
| | | | | $ 178,034.42 |